AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JEANNINE SWARTZLANDER,**

        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO.  C2-07-022**
**THE LONGABERGER COMPANY,**   **JUDGE EDMUND A. SARGUS, JR.**
                                            **MAGISTRATE JUDGE TERENCE P. KEMP**

        **Defendants.**

\_\_\_  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Opinion and Order filed June 6, 2008, JUDGMENT is hereby entered in favor of the Defendant.  This case is DISMISSED.**


Date: June 6, 2008                                    JAMES BONINI, CLERK


                                                                           _/S/ Andy F. Quisumbing_
                                                                            (By) Andy F. Quisumbing
                                                                            Courtroom Deputy Clerk